```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 15903
   GEORGE EVANS
   LATRICE J EVANS                          CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2231    SSN XXX-XX-6829

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/04/2006 and was confirmed 02/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/26/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
COOK COUNTY TREASURER    SECURED NOT I        .00             .00            .00
HOMECOMINGS FINANCIAL    CURRENT MORTG        .00             .00            .00
HSBC AUTO FINANCE        SECURED VEHIC   11475.00          354.01        3053.83
HSBC AUTO FINANCE        SECURED NOT I     376.89             .00         376.89
BEST BUY                 UNSECURED       NOT FILED            .00            .00
CAPITAL ONE              UNSECURED       NOT FILED            .00            .00
ANN AVERY                NOTICE ONLY     NOT FILED            .00            .00
HOMECOMINGS FINANCIAL    MORTGAGE ARRE   28477.28             .00         207.13
COMCAST CABLE            UNSECURED       NOT FILED            .00            .00
EMERGE/FNBO              UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSECURED        1142.72             .00            .00
ECAST SETTLEMENT CORP    UNSECURED         777.17             .00            .00
NEWPORT NEWS             UNSECURED       NOT FILED            .00            .00
NICOR GAS                UNSECURED         911.17             .00            .00
RESURGENT CAPITAL SERVIC UNSECURED        2385.26             .00            .00
HSBC AUTO FINANCE        UNSECURED        3136.28             .00            .00
HSBC AUTO FINANCE        UNSECURED         971.70             .00            .00
HSBC AUTO FINANCE        NOTICE ONLY     NOT FILED            .00            .00
INTERNAL REVENUE SERVICE PRIORITY        NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSECURED         288.19             .00            .00
ILLINOIS DEPT OF REVENUE UNSECURED          37.41             .00            .00
ILLINOIS DEPT OF REVENUE PRIORITY          656.22             .00            .00
JAMES A YOUNG            DEBTOR ATTY     2,000.00                       2,000.00
TOM VAUGHN               TRUSTEE                                          404.14
DEBTOR REFUND            REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                6,396.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 15903 GEORGE EVANS & LATRICE J EVANS

```
PRIORITY                                                              .00
SECURED                                                          3,637.85
    INTEREST                                                       354.01
UNSECURED                                                             .00
ADMINISTRATIVE                                                   2,000.00
TRUSTEE COMPENSATION                                               404.14
DEBTOR REFUND                                                         .00
                                     ---------------       ---------------
TOTALS                                      6,396.00              6,396.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 02/26/08                    /s/ Tom Vaughn
                                       _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE


                              PAGE   2
        CASE NO. 06 B 15903 GEORGE EVANS & LATRICE J EVANS